AO 91 (Rev.11/11) Criminal Complaint

**United States District Court**
for the
**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 16, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| # UNITED STATES OF AMERICA )<br>                    *Plaintiff,* )<br>                    v.     )<br>AMADOR TORRES-AVILA,     )<br>                  *Defendant.* )<br>                                             )   | Case No.: 4:26-mj-07012-ACE |

**CRIMINAL COMPLAINT**

I, *SA Benjmain LaMothe*, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) <u>January 15, 2026</u>, in the county of <u>Benton</u> in the Eastern District of Washington, the defendant, AMADOR TORRES-AVILA violated: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) – *Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine*

This complaint is based on these facts:

    ☒ Continued on the attached sheet.

*Benjamin LaMothe*
_____
*Complainant's signature*

*Benjamin LaMothe, Special Agent, DEA*
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: Jan 16, 2026, 2:45 pm
_____

City and state: <u>Yakima, Washington</u>

*[signature: Alexander C. Ekstrom]*
_____
*Judge's signature*

*Alexander C. Ekstrom, United States Magistrate Judge*
_____
*Printed name and title*

AUSA: CAB

County: Benton

In Re:  Affidavit in Support of Criminal Complaint for Amador TORRES-Avila

STATE OF WASHINGTON   )
                      ) ss
Benton County         )

## AFFIDAVIT

I, Benjamin LaMothe, Special Agent, being first duly sworn on oath, deposes and states:

### INTRODUCTION AND AGENT BACKGROUND

1.　I am a Special Agent with the Drug Enforcement Administration (DEA), duly appointed according to the law and acting as such. I have been so employed since November of 2018.  As a DEA Special Agent, I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Title 18, Unites States Code Section 2516.

2.　I am currently assigned to the DEA Tri-Cities Resident Office (TCRO) and have been since March of 2024.  Prior to my assignment to the DEA TCRO, I was assigned to the DEA Sierra Vista Resident Office High Intensity Drug Trafficking Areas Southeast Arizona Major Investigations Team in Sierra Vista, Arizona beginning in June of 2019.  In connection with my official duties as a Special Agent of the DEA, I am responsible for conducting investigations into violations of Title 21 of the United States Code and other federal criminal statutes.  During the course of these investigations,  I have been the Affiant for court ordered warrants; conducted or participated in physical and electronic surveillance;

Affidavit of Special Agent LaMothe -　　　　　　　　　　　　　　　4:26-mj-07012-ACE

executed federal search warrants; conducted numerous debriefings of informants, cooperating defendants, and other individuals cooperating with the United States; seized and evaluated items of evidence, narcotics records, and financial documents; and reviewed, monitored, and minimized intercepted and recorded conversations.

3. During these investigations, I have been involved in seizures of marijuana, cocaine, heroin, methamphetamine, fentanyl, and prohibited pharmaceuticals. I have assisted in the interrogation of numerous subjects/defendants involved in and/or arrested for drug and narcotics violations. I have also participated in several joint interagency federal and state investigations. I have conducted thorough background checks of targets, conducted physical surveillance, executed search warrants, monitored, and reviewed recorded conversations of drug traffickers. I have developed confidential sources and corroborated source information. Through my training and experience, including on-the-job discussions with other law enforcement agents and cooperating suspects, I am familiar with the activities of drug smugglers and drug trafficking distribution networks.

4. Through my training and experience, I have become familiar with the manner in which drug traffickers smuggle, package, transport, store, and distribute narcotics as well as how they collect and launder drug proceeds. I am also familiar with the manner in which drug traffickers use telephones, cellular telephone technology, internet, pagers, coded communications, slang-filled conversations, false and fictitious identities, and other means to facilitate their illegal activities and mislead law enforcement investigations. During the conduct of my official duties, I have assisted other law enforcement officers in preparation of various search warrants, arrest warrants and criminal complaints.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents/officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## INVESTIGATION

6. On January 15, 2026, a traffic stop was conducted on a 2023 Toyota Tacoma bearing Washington Temporary License Plate A8805391[1] and the driver was positively identified as Amador TORRES-Avila ("TORRES-Avila"). TORRES-Avila is the subject of an ongoing drug trafficking investigation wherein he was identified as a multiple-pound methamphetamine distributor in the Eastern District of Washington. A subsequent search of the vehicle revealed approximately 2 pounds of what field-tested presumptive positive for methamphetamine in the vehicle.

7. That same day, state search warrants were issued and executed to include at TORRES-Avila's residence at 2447 S. Arthur Court, Kennewick, Washington, as well as his vehicle, a 2008 Toyota RAV4 bearing Washington License Plate CMG5414[2]. During the search of that Toyota RAV4, which was parked at TORRES-Avila's residence, law enforcement located approximately 5 pounds of what field-tested presumptive positive for methamphetamine (*i.e.* well over 500 grams). I have also viewed this seized methamphetamine, and it appears consistent with methamphetamine based on my training and experience. Additionally, based on my training and experience, this amount of methamphetamine is consistent with a distribution amount.

---

[1] The vehicle is registered to Martin Silva Mendiola per Washington State Department of Licensing ("WA DOL") records.

[2] The vehicle is registered to Amador TORRES, per WA DOL records.

Affidavit of Special Agent LaMothe -                                          4:26-mj-07012-ACE

## CONCLUSION

8. Based upon the above facts, I believe probable cause exists to charge Amador TORRES-Avila with Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*Benjamin LaMothe*
Benjamin LaMothe, Special Agent
Drug Enforcement Administration

Sworn to telephonically and signed electronically this ___16th___ day of January 2026.

*Alexander C. Ekstrom*
Alexander C. Ekstrom
United States Magistrate Judge